## CHARLES BIVONA *v.* ROBERT BIVONA
### (AC 32176)

Lavine, Robinson and Peters, Js.

Submitted on briefs May 31—officially released June 21, 2011

Per Curiam. The judgment is affirmed.

## ROGER COTE *v.* COMMISSIONER OF CORRECTION
### (AC 31909)

Gruendel, Lavine and Bear, Js.

Argued May 26—officially released June 21, 2011

Per Curiam. The appeal is dismissed.

## WESTERN SURETY COMPANY *v.* RONALD F. BOZELKO ET AL.
### (AC 32182)

Bishop, Beach and Sullivan, Js.

Argued May 31—officially released June 21, 2011

Per Curiam. The judgment is affirmed.